| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Marquess Y. Forney<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6937<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7   8/7/17 |
| Case number: | 17–25949–RG | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Marquess Y. Forney | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 812 W. Elm Street<br>Linden, NJ 07036 | |
| 4. | **Debtor's attorney**<br>Name and address | Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Contact phone (201) 343–4040 |
| 5. | **Bankruptcy trustee**<br>Name and address | Nicholas J. Delzotti<br>PO Box 20117<br>Newark, NJ 07101 | Contact phone 973–622–3464 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building  50 Walnut Street  Newark, NJ 07102  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 973–645–4764  Date: 8/8/17 |
| **7. Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 7, 2017 at 11:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/6/17** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page **2**

Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-25949-RG
Marquess Y. Forney                                                                      Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Aug 08, 2017
                              Form ID: 309A            Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db             +Marquess Y. Forney,    812 W. Elm Street,    Linden, NJ 07036-5718
tr             +Nicholas J. Delzotti,    PO Box 20117,    Newark, NJ 07101-6117
516987956     #+Alpha Recovery Corp,    5660 Greenwood Plaza Boulevard,    Suite 101,    Englewood, CO 80111-2417
516987958     +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987968     +ESSEX COUNTY PROBATION,    50 W MARKET ST,    NEWARK, NJ 07102-1694
516987969     +FTL FINANCE,    275 LEMAY FERRY ROAD,    SAINT LOUIS, MO 63125-1239
516987971     +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
516987972     +PROSPER MARKETPLACE IN/Velocity Investme,    101 2ND ST FL 15,    SAN FRANCISCO, CA 94105-3672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: rbear611@aol.com Aug 08 2017 23:08:42    Russell L. Low,    Low & Low,
                505 Main St.,    Suite 304,    Hackensack, NJ  07601
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2017 23:09:36    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2017 23:09:32    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516987954     +EDI: GMACFS.COM Aug 08 2017 22:53:00    ALLY FINANCIAL,    200 RENAISSANCE CTR,
                DETROIT, MI 48243-1300
516987957      EDI: CAPITALONE.COM Aug 08 2017 22:53:00    CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238
516987965     +EDI: RCSFNBMARIN.COM Aug 08 2017 22:53:00    CREDIT ONE BANK NA,    PO BOX 98875,
                LAS VEGAS, NV 89193-8875
516987966     +EDI: DISCOVER.COM Aug 08 2017 22:53:00    DISCOVER FIN SVCS LLC,    PO BOX 15316,
                WILMINGTON, DE 19850-5316
516987967     +EDI: DCI.COM Aug 08 2017 22:53:00    DIVERSIFIED CONSULTANT,    10550 DEERWOOD PARK BLVD,
                JACKSONVILLE, FL 32256-0596
516987970     +E-mail/Text: bk@lendingclub.com Aug 08 2017 23:10:03    LENDING CLUB CORP,
                71 STEVENSON ST STE 300,    SAN FRANCISCO, CA 94105-2985
516987973     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 08 2017 23:09:54    QUICKEN LOANS,
                1050 WOODWARD AVE,    DETROIT, MI 48226-1906
516987974     +E-mail/Text: bankruptcy@savit.com Aug 08 2017 23:10:33    SA-VIT COLLECTION AGEN,
                46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
516987975     +EDI: RMSC.COM Aug 08 2017 22:53:00    SYNCB/CARCARE ONE,    C/O PO BOX 965036,
                ORLANDO, FL 32896-0001
516987976     +EDI: RMSC.COM Aug 08 2017 22:53:00    SYNCB/PC RICHARD,    PO BOX 965036,
                ORLANDO, FL 32896-5036
516987977     +EDI: CITICORP.COM Aug 08 2017 22:53:00    THD/CBNA,    PO BOX 6497,
                SIOUX FALLS, SD 57117-6497
516987979      EDI: WFFC.COM Aug 08 2017 22:53:00    WFFNB RETAIL,    CSCL DISPUTE TEAM,
                DES MOINES, IA 50306
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516987955*    +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
516987959*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987960*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987961*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987962*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987963*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987964*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987978*    +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
                                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2              Date Rcvd: Aug 08, 2017
                               Form ID: 309A                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```