UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.: 17-25949

FORNEY, MARQUESS Y.                                Chapter: 7 -- Liquidation

                                                   Judge: ROSEMARY GAMBARDELLA

**NOTICE OF PROPOSED ABANDONMENT**

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable ROSEMARY GAMBARDELLA on 10/24/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Property is located at<br>812 W. Elm Street<br>Linden, NJ 07036<br>Property has a fair market value of $229,998.00 per Zillow evaluation |
|---|---|

| Liens on property: | Mortgage is held by<br>FHA Real Estate Mortgage<br>with a balance of<br>$248,806.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Nicholas J. Delzotti

Address:    PO Box, 20117, Newark, NJ 07102

Telephone No.:    (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Marquess Y. Forney  
    Debtor

Case No. 17-25949-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 13, 2017  
                       Form ID: pdf905     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db             +Marquess Y. Forney,    812 W. Elm Street,    Linden, NJ 07036-5718
516987956     #+Alpha Recovery Corp,    5660 Greenwood Plaza Boulevard,    Suite 101,    Englewood, CO 80111-2417
516987957    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
              RICHMOND, VA 23238)
516987958     +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987968     +ESSEX COUNTY PROBATION,    50 W MARKET ST,    NEWARK, NJ 07102-1694
516987969     +FTL FINANCE,    275 LEMAY FERRY ROAD,    SAINT LOUIS, MO 63125-1239
516987971     +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
516987972     +PROSPER MARKETPLACE IN/Velocity Investme,    101 2ND ST FL 15,    SAN FRANCISCO, CA 94105-3672
516987977     +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516987979      WFFNB RETAIL,    CSCL DISPUTE TEAM,    DES MOINES, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:25     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:21     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:09
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516987954     +E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2017 22:56:34     ALLY FINANCIAL,
              200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
516987965     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2017 22:55:11     CREDIT ONE BANK NA,
              PO BOX 98875,    LAS VEGAS, NV 89193-8875
516987966     +E-mail/Text: mrdiscen@discover.com Sep 13 2017 22:56:36     DISCOVER FIN SVCS LLC,
              PO BOX 15316,    WILMINGTON, DE 19850-5316
516987967     +E-mail/Text: bankruptcynotices@dcicollect.com Sep 13 2017 22:58:03     DIVERSIFIED CONSULTANT,
              10550 DEERWOOD PARK BLVD,    JACKSONVILLE, FL 32256-0596
516987970     +E-mail/Text: bk@lendingclub.com Sep 13 2017 22:57:55     LENDING CLUB CORP,
              71 STEVENSON ST STE 300,    SAN FRANCISCO, CA 94105-2985
516987973     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 13 2017 22:57:42     QUICKEN LOANS,
              1050 WOODWARD AVE,    DETROIT, MI 48226-1906
516987974     +E-mail/Text: bankruptcy@savit.com Sep 13 2017 22:58:22     SA-VIT COLLECTION AGEN,
              46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
516987975     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:08     SYNCB/CARCARE ONE,
              C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516987976     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:55:25     SYNCB/PC RICHARD,    PO BOX 965036,
              ORLANDO, FL 32896-5036
516992879     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:54:53     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516987955*    +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
516987959*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987960*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987961*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987962*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987963*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987964*    +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
516987978*    +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
                                                                             TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Sep 13, 2017
                               Form ID: pdf905              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Russell L. Low    on behalf of Debtor Marquess Y. Forney rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```